FILED

11 DEC -6 AM 11:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **11CR5545H** |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine |
| NELSON GIOVANNI CONTRERAS, ) | |
| Defendant. ) | |

The grand jury charges:

On or about October 7, 2011, within the Southern District of California, defendant NELSON GIOVANNI CONTRERAS did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.26 kilograms (4.97 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 6, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
EMILY J. KEIFER
Assistant U.S. Attorney

EJK:vp:San Diego
12/5/11